IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JERMAINE L. CARTER, | § |
| | § |
| Petitioner Below, | § No. 85, 2024 |
| Appellant, | § |
| | § Court Below—Court of Chancery |
| v. | § of the State of Delaware |
| | § |
| MIKE RECORDS, KATRINA | § |
| BURLEY, KRISTIN H. NICHOLS, | § |
| and CALLI STUBBS, | § |
| | § |
| Respondents Below, | § |
| Appellees. | § |

Submitted: March 12, 2024
Decided: March 27, 2024

## ORDER

On February 22, 2024, the appellant, Jermaine L. Carter, filed a notice of appeal from a Court of Chancery magistrate's order dismissing his complaint upon initial review under 10 *Del. C.* § 8803(b).[1] On February 28, 2024, the Clerk's Office issued a notice, by certified mail, directing Carter to show cause why his appeal should not be dismissed for this Court's lack of jurisdiction to consider this appeal. The notice to show cause was delivered on February 29, 2024. A timely response to the notice to show cause was due by March 11, 2024. To date, Carter has not

---

[1] It does not appear that the order was docketed or assigned a civil action number in the Court of Chancery.

responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice